KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Fax: (415) 575-9930
email: kenwine@hotmail.com

Counsel for BRETT BASSIGNANI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  v.<br><br>BRETT BASSIGNANI,<br><br>             Defendant. | CR-09-0863 JSW<br><br>DECLARATION AND [PROPOSED]<br>ORDER PERMITTING TRAVEL |

I, KENNETH WINE, DECLARE:

1.　I am the attorney for Defendant Brett Bassignani, appointed pursuant to the Criminal Justice Act.

2.　Mr. Bassignani wishes to attend his son's engagement party in Sacramento, California this Saturday, September 12, 2009.

3.　I have spoken with the AUSA assigned to this case, Tarek Malou, and he has no objection to this request.

Dated: September 9, 2009　　　　　　　　　　　　/s/ Kenneth Wine
　　　　　　　　　　　　　　　　　　　　　　　　Kenneth H. Wine

STIP/ORDER

## ORDER

GOOD CAUSE APPEARING:

Brett Bassignani shall be permitted to travel to Sacramento, California on September 12, 2009 to attend his son's engagement party.

SO ORDERED.

DATED: September 9, 2009

_____
HON. BERNARD ZIMMERMAN
United States District Court