KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Fax: (415) 575-9930
email: kenwine@hotmail.com

Counsel for BRETT BASSIGNANI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-09-0863 JSW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER SECURING BAIL |
| BRETT BASSIGNANI, | |
| Defendant. | |

I, KENNETH WINE, DECLARE:

1. I am the attorney for Defendant Brett Bassignani, appointed pursuant to the Criminal Justice Act.

2. On August 24, 2009, Mr. Bassignani was granted bail at the amount of $200,000 secured by his parents' – Leonard and Lorraine Bassignani's- home in Upper Lake, CA.

3. Leonard and Lorraine Bassignani have a "reverse mortgage" with Bank of America, Account No. 6824-1000-760199, and have an available line of credit of approximately $260,000.00.

4. The parties agree that this Court should order Bank of America to freeze $200,000.00 of the reverse mortgage account to secure the bail for Mr. Bassignani.

STIP/ORDER

Dated: September 29, 2009                          /s/ Kenneth Wine
                                                   Kenneth H. Wine
                                                   Attorney for Defendant
                                                   BRETT BASSIGNANI

SO STIPULATED.

Dated: September 29, 2009                          /s/ Tarek Helou
                                                   Tarek Helou, AUSA

## ORDER

GOOD CAUSE APPEARING:

Bank of America is hereby ordered to freeze $200,000.00 (Two Hundred Thousand Dollars) of the credit remaining in Reverse Mortgage #6824-1000-760199, held in the name of Leonard and Lorraine Bassignani, as security for the bail of Defendant Brett Bassignani in this case. This order shall remain in effect until further order of the Court.

Counsel for the Defendant shall serve the Bank America with a copy of this order.

SO ORDERED.

DATED: September 29, 2009                          /s/ Bernard Zimmerman
                                                   HON. BERNARD ZIMMERMAN
                                                   United States District Court

STIP/ORDER                                         2