**FILED**

1  KENNETH H. WINE(#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA 94102
3  Telephone: (415) 621-2400
   Fax: (415) 575-9930
4  email: kenwine@hotmail.com
   *ORIGINAL*
5  Counsel for BRETT BASSIGNANI

SEP 2 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,                    )  CR-09-0863 JSW
                                                 )
13              Plaintiff,                        )
                                                 )  STIPULATION AND [PROPOSED]
14       v.                                       )  ORDER SECURING BAIL
                                                 )
15  BRETT BASSIGNANI,                             )
                                                 )
16              Defendant.                        )
    _____)

17      I, KENNETH WINE, DECLARE:

18  1.   I am the attorney for Defendant Brett Bassignani, appointed pursuant to the Criminal
19       Justice Act.
20  2.   On August 24, 2009, Mr. Bassignani was granted bail at the amount of $200,000 secured
21       by his parents' – Leonard and Lorraine Bassignani's- home in Upper Lake, CA.
22  3.   Leonard and Lorraine Bassignani have a "reverse mortgage" with Bank of America,
23       Account No. 6824-1000-760199, and have an available line of credit of approximately
24       $260,000.00.
25  4.   The parties agree that this Court should order Bank of America to freeze $200,000.00 of
26       the reverse mortgage account to secure the bail for Mr. Bassignani.

STIP/ORDER

1

2

3  Dated: September 29, 2009                              /s/ Kenneth Wine
                                                          Kenneth H. Wine
4                                                         Attorney for Defendant
                                                          BRETT BASSIGNANI
5

6  SO STIPULATED.

7
   Dated: September 29, 2009                              /s/ Tarek Helou
8                                                         Tarek Helou, AUSA

9
                                   **ORDER**
10
                   GOOD CAUSE APPEARING:
11
                   Bank of America is hereby ordered to freeze $200,000.00 (Two Hundred Thousand Dollars)
12
   of the credit remaining in Reverse Mortgage #6824-1000-760199, held in the name of Leonard and
13
   Lorraine Bassignani, as security for the bail of Defendant Brett Bassignani in this case. This order shall
14
   remain in effect until further order of the Court.
15
                   Counsel for the Defendant shall serve the Bank America with a copy of this order.
16
                   SO ORDERED.
17

18
   DATED: September 29, 2009
19                                                        HON. BERNARD ZIMMERMAN
                                                          United States District Court
20

21

22

23

24

25

26

   STIP/ORDER                                    2