☐ ORIGINAL

1 KENNETH H. WINE(#142385)
Hallinan & Wine
2 345 Franklin Street
San Francisco, CA 94102
3 Telephone: (415) 621-2400
Fax: (415) 575-9930
4 email: kenwine@hotmail.com

5 Counsel for BRETT BASSIGNANI

6

7

8

**FILED**

APR 1 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,                 )    CR-09-0863 JSW
                                            )
13                      Plaintiff,           )
                                            )    DECLARATION AND [PROPOSED]
14          v.                               )    ORDER PERMITTING TRAVEL
                                            )
15 BRETT BASSIGNANI,                         )
                                            )
16                      Defendant.           )
                                            )
17 ─────────────────────────────────────────)

I, KENNETH WINE, DECLARE:
18
     1.      I am the attorney for Defendant Brett Bassignani, appointed pursuant to the Criminal
19
     Justice Act.
20
     2.      Mr. Bassignani wishes to attend a family reunion in Stockton, California on April 24 and
21
     25, 2010.
22
     3.      I have spoken with the AUSA assigned to this case, Tarek Helou, and he has no objection
23
     to this request.
24

25
   Dated: April 19, 2010                           /s/ Kenneth Wine
26                                                  Kenneth H. Wine

STIP/ORDER

1

2                                    **ORDER**

3                GOOD CAUSE APPEARING:

4                Brett Bassignani shall be permitted to travel to Stockton, California on April 24, 2010 and

5    April 25, 2010 to attend a family reunion.

6                            SO ORDERED.

7

8    DATED: April 19   , 2010

                                        HON. BERNARD ZIMMERMAN
9                                       United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP/ORDER                                      2