1  KENNETH H. WINE (#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA 94102
3  Telephone: (415) 621-2400
   Fax: (415) 575-9930
4  email: kenwine@hotmail.com

5  Counsel for BRETT BASSIGNANI

6

7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,          )   CR-09-0863 JSW BZ
                                      )
12              Plaintiff,            )
                                      )   DECLARATION AND [PROPOSED]
13       v.                           )   ORDER EXCUSING APPEARANCE
                                      )   OF DEFENDANT BRETT
14 BRETT BASSIGNANI,                  )   BASSIGNANI AT THE MARCH 9,
                                      )   2010 HEARING - FRCrP 43(b)
15              Defendant.            )
   _____)   HON. BERNARD ZIMMERMAN
16
        I, KENNETH WINE, DECLARE:
17
        1.      I am the attorney for Defendant Brett Bassignani, appointed pursuant to the Criminal Justice
18
   Act.
19
        2.      To date, Mr. Bassignani has attended every hearing in this case, and has been in full
20
   compliance with all orders of the Court and Pretrial Services. Because of the hardship of traveling about
21
   4 hours each way to and from Court from his home in Upper Lake, CA, Mr. Bassignani must take off
22
   the entire day of work. With this job, Mr. Bassignani supports his wife and 5 children.
23
        3.      Mr. Bassignani will suffer severe consequences as the result of his failing to go to work that
24
   day.
25
   //
26
   //

STIP/ORDER

4. I have spoken with the AUSA assigned to this case, Tarek Helou, and he has no objection to this request.

Dated: March 2, 2011         /s/ Kenneth Wine
                             Kenneth H. Wine

**ORDER**

GOOD CAUSE APPEARING:

Brett Bassignani shall be excused from appearing at the March 9, 2011 hearing before this Court.

IT IS SO ORDERED.

DATED: March 8, 2011

HON. BERNARD ZIMMERMAN
United States District Court

STIP/ORDER                              2