1  KENNETH H. WINE(#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:  (415) 621-2400
   Fax: (415) 575-9930
4  email: kenwine@hotmail.com

5  Counsel for BRETT BASSIGNANI

6

7

8              IN THE UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,            )    CR-09-0863 JSW
                                         )
13                      Plaintiff,       )
                                         )    STIPULATION AND [PROPOSED]
14          v.                           )    ORDER EXONERATING BAIL
                                         )
15  BRETT BASSIGNANI,                    )
                                         )
16                      Defendant.       )
                                         )
17
    I, KENNETH WINE, DECLARE:
18
    1.   I am the attorney for Defendant Brett Bassignani, appointed pursuant to the Criminal
19
         Justice Act.
20
    2.   On August 24, 2009, Mr. Bassignani was granted bail at the amount of $200,000 secured
21
         by his parents' – Leonard and Lorraine Bassignani's- home in Upper Lake, CA.
22
    3.   Leonard and Lorraine Bassignani have a "reverse mortgage" with Bank of America,
23
         Account No. 6824-1000-760199, and have an available line of credit of approximately
24
         $260,000.00.
25
    4.   The parties previously agreed, and this Court ordered, that Bank of America freeze
26
         $200,000.00 of the reverse mortgage account to secure the bail for Mr. Bassignani.

    STIP/ORDER

1    5.    The bail in this case was exonerated by the United States District Court on March 1, 2012.

2    6.    The freeze on Leonard and Lorraine Bassignani  Bank of America, Account No. 6824-

3          1000-760199, should be terminated.

4

5    Dated: March 2, 2012                          /s/ Kenneth Wine
                                                   Kenneth H. Wine
6                                                  Attorney for Defendant
                                                   BRETT BASSIGNANI
7

8    SO STIPULATED.

9
     Dated: March ____, 2012                       /s/_____
10                                                 Aarvon Perteet, AUSA

11
                                **ORDER**
12
              GOOD CAUSE APPEARING:
13
              The bond in this case, having been exonerated by order of the United States District Court,
14
     it is hereby ordered that Bank of America shall release the hold on Reverse Mortgage #6824-1000-
15
     760199, held in the name of Leonard and Lorraine Bassignani, as security for the bail of Defendant Brett
16
     Bassignani in this case.
17
              Counsel for the Defendant shall serve the Bank America with a copy of this order.
18
              SO ORDERED.
19

20   DATED: March __5__, 2012
21                                                 HON. BERNARD ZIMMERMAN
                                                   United States District Court
22

23

24

25

26

     STIP/ORDER                          2